**872** GRAND RAPIDS L. & D. R. R. CO. vs. CIRCUIT JUDGE (Wayne), No. 11915½.

To compel respondent to set aside a verdict and grant a new trial, in a case where one of the jurors was taken sick during

the trial and the court, without the consent of counsel, directed the trial to proceed with eleven jurors.

Denied May 5, 1891, on the ground that error is the proper remedy.

See McRae et al. vs. Grand Rapids, L. & D. R. R. Co., 93 M., 399, 17 L. R. A. 750, where the verdict referred to was reversed and a new trial ordered.,